IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-cr-00065-H

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ANTHONY DEFORREST TYREE | : |

**ORDER OF FORFEITURE**

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendants, pursuant to 21 U.S.C. § 853, as proceeds of or property facilitating the unlawful activity of the defendants as charged in the Criminal Indictment.

The defendant pled guilty to Count One of the Criminal Indictment and agreed to forfeit the property listed in the Criminal Indictment, that is, $5,250.00, which represents proceeds the defendant personally obtained directly or indirectly as a result of the said offense, as well as a Ruger P95 9mm handgun, serial number: 311-99996, and any ammunition.

By virtue of the defendant's guilty plea and agreement, the United States is now entitled to the defendant's interest in a total of $5,250.00 currency and to possession of the firearm, pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(3);

1

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. That based upon the agreement contained in the Memorandum of Plea Agreement as to the defendant, the United States is hereby authorized to seize the above-stated personal property, that is, a Ruger P95 9mm handgun, serial number: 311-99996 and any ammunition, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3);

2. Based upon the defendants' guilty pleas and agreement, the above-listed $5,250.00 currency in proceeds is forfeited to the United States for disposition in accordance with the law if and when recovered; and

3. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In

2

accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant immediately.

SO ORDERED. This 8th day of August, 2017.

*/s/ Malcolm J. Howard*
MALCOLM J. HOWARD
Senior United States District Judge